# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00022-SAB |
| Plaintiff, | **DEFENDANT'S STATUS REPORT ON** |
| v. | **UNSUPERVISED PROBATION** |
| DARRYL PARKER, | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Parking in Reserved Space, in violation of 38 CFR 1.218(b)(29)

**Sentence Date:** February 1, 2017

**Review Hearing Date:** June 15, 2017

**Probation Expires On:** August 1, 2017

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $55 ($15 fine; $10 special assessment; $30 processing fee)

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:  Date:
   Amount:
☐ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ *Michael Tierney*

<u>*DEFENDANT'S REQUEST (OPTIONAL):*</u>

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 6/15/2017 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

DATED: 5/3/2017                              */s/ Andrew Wong*
                                                           DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED. The Court orders that the Review Hearing be vacated.

☐     DENIED.

IT IS SO ORDERED.

Dated: **June 5, 2017**
                                                     UNITED STATES MAGISTRATE JUDGE